UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Linda S. Crookston,

    Plaintiff,

v.

United States of America,
and Jeffrey R. Sorensen,

    Defendants.
_____/

United States of America,

    Counterclaim Plaintiff,

v.

Linda S. Crookston and
John R. Crookston,

    Counterclaim Defendants.
_____/

Civil No. 1:04-CV-0185

Hon. Bernard A. Friedman

Magistrate Judge Scoville

### FINAL JUDGMENT TO QUIET TITLE

At a session of said Court held in the City of Detroit, State of Michigan, on this __19TH__ __ day of __SEPTEMBER, 2006.

PRESENT:    HONORABLE BERNARD A. FRIEDMAN, U.S. District Judge

Plaintiff having filed her Complaint to quiet title in this matter; the United States of America having answered and filed a Counter-Complaint; the Court having previously dismissed from this action the State of Michigan and entered a Partial Judgment determining that Jeffrey R. Sorenson has no interest in the property described below; Linda S. Crookston and the United States now having reached a settlement pursuant to the terms set forth below; and the Court being otherwise fully advised in the premises, now therefore,

IT IS HEREBY ORDERED AND ADJUDGED that Linda Crookston is the fee owner of the property described below as a result of a tax deed which was duly sold under State law and not

1899951.11

redeemed by the previous owners or lien claimants. The real estate held by Linda Crookston in fee is described as follows:

>Land situated in the Township of Cooper, Kalamazoo County, State of Michigan, and described as follows:
>
>Parcel 1:  SECTION 24, TOWN 1 SOUTH, RANGE 11 WEST: BEGINNING 20 RODS WEST OF THE WESTERLY LINE OF THE NYC RAILROAD RIGHT-OF-WAY; THENCE NORTHEASTERLY TO A POINT IN THE CENTERLINE OF DE AVENUE, 600 FEET WEST OF THE WESTERLY LINE OF SAID RAILROAD RIGHT-OF-WAY; THENCE WEST ALONG CENTERLINE OF SAID AVENUE AND THE NORTH LINE OF THE SOUTHEAST ¼ OF THE SOUTHEAST ¼, TO A POINT 174.98 FEET WEST OF THE NORTHEAST CORNER OF THE SOUTHEAST ¼ OF THE SOUTHEAST ¼; THENCE SOUTH 00 DEGREES 25 MINUTES WEST 495 FEET; THENCE NORTH 89 DEGREES 06 MINUTES 30 SECONDS WEST 330 FEET; THENCE NORTH 00 DEGREES 25 MINUTES EAST 231 FEET; THENCE NORTH 89 DEGREES 06 MINUTES 30 SECONDS WEST 561 FEET; THENCE SOUTH 00 DEGREES 25 MINUTES WEST 1055.96 FEET TO THE SOUTH LINE; THENCE EAST TO THE BEGINNING.
>
>PARCEL NO: 3902-24-480-010.
>
>Parcel 2:  BEGINNING ON THE SOUTH LINE 20 RODS WEST OF THE WEST LINE OF THE CK&S RAILROAD RIGHT-OF-WAY; THENCE NORTHEASTERLY TO A POINT NORTH 89 DEGREES 06 MINUTES 30 SECONDS WEST 561 FEET FROM THE WEST LINE OF THE CK&S RAILROAD RIGHT-OF-WAY; THENCE SOUTH 00 DEGREES 25 MINUTES WEST 1055.96 FEET TO THE SOUTH LINE; THENCE WEST (RECORDED EAST IN ERROR) TO THE BEGINNING.
>
>PARCEL NO: 3902-24-490-010.

IT IS FURTHER ORDERED AND ADJUDGED that Linda Crookston holds the above described properties free and clear of all interests of all parties to this proceeding, and the liens, notices of which were filed as indicated below, are discharged from the property described above:

1. Notice of Federal Tax Lien dated May 13, 1999, recorded May 27, 1999 in the office of the Kalamazoo County Register of Deeds as document number 1999-024105.

2. Notice of Federal Tax Lien dated April 25, 2003, at the Kalamazoo County Register of Deeds as document 2003-033322.

3. Notice of State Tax Lien dated November 20, 1998, and recorded December 23, 1998 in Liber 2102 at page 0882, at the Kalamazoo County Register of Deeds.

4. Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996, dated August 31, 1998, and recorded October 12, 1998, in Liber 2078, at page 0890, at the Kalamazoo County Register of Deeds.

5. Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996, dated March 31, 1998, and recorded at Liber 2012, at page 1063, at the Kalamazoo County Register of Deeds.

       ___s/Bernard A. Friedman___
       Honorable Bernard A. Friedman
       United States District Court Judge

Approved as to form and content:

/s/ Robert B. Borsos
Robert B. Borsos (P26628)
Stephen J. Hessen (P41663)
KREIS, ENDERLE, CALLANDER & HUDGINS
Attorneys for Linda S. Crookston
One Moorsbridge, P.O. Box 4010
Kalamazoo, MI 49003-4010
Tel. No. (269) 324-3000
E-mail: rborsos@kech.com

/s/ Michael W. Davis
Michael W. Davis
Attorney for the United States
Department of Justice
P.O. Box 55
Washington, D.C. 20044
Tel. No. (202) 307-6010
E-mail: Michael.W.Davis@usdoj.gov

1899951.11